| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 7:00CR00081-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 04-10069 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Riccardo Servizio 17 Beckford St. Beverly, MA 01915 | DISTRICT WESTERN DISTRICT OF VIRGINIA | DIVISION Roanoke |
|---|---|---|
| | NAME OF SENTENCING JUDGE James C. Turk, Senior U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM December 5, 2003 — TO December 4, 2006 |

**OFFENSE**

Conspiracy to Possess with Intent to Distribute Methylenedioxymethamphetamine

---

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF VIRGINIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_Feb 18, 2004_
Date

_/s/ James C. Turk_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Feb 28, 2004_
Effective Date

_/s/ William G. Young_
United States District Judge