Docket #: 04-CR-10069-RGS

Dear Noreen Russo

I am writing to you to request a WRIT of HABEAS CORPUS and respectfully show this court and allege that

1) I am Riccardo Servizio  D.O.B. 05/06/1970
   SS. # 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
2) I am currently serving a 1 year sentence at the Essex county house of correction
3) I am indigent and have included an affidavit of Indigency
4) The U.S. Probation has lodged a detainer against me for violation of supervised release
5) I wish to be brought into the District Court so that the Supervised Release matter can be Resolved
6) I wish to have counsel appointed to Represent me and cannot afford to hire counsel.
7) My Probation officer is Carmen Perex Wallace
8) The Docket # of the Federal case in Massachusettes is 04-CR-10069-RGS

Respectfully submitted,

Dated: 12/19/05

Riccardo Servizio
Riccardo Servizio