# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: THE SUPERINTENDENT OF ESSEX COUNTY CORRECTIONAL FACILITY
20 MANNING AVENUE
P.O. BOX 807 MIDDLETON, MA 01949-2807

YOU ARE COMMANDED to have the body of __RICCARDO SERVIZIO (DOB 5/6/1970)__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __23__, on the __7th__ floor, Boston, Massachusetts on __1/13/2006__, at __12:00 P.M.__ for the purpose of __Initial Appearance__ in the case of UNITED STATES OF AMERICA V. __RICCARDO SERVIZO__ Docket Number __04-CR-10069-RGS__.

And you are to retain the body of said __RICCARDO SERVIZO__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __RICCARDO SERVIZO__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __6th__ day of __January, 2006__.

SARAH A. THORNTON
CLERK OF COURT

SEAL

By: __/s/ Noreen A. Russo__
Noreen A. Russo, Deputy Clerk
to the Honorable Robert B. Collings