Dec. 30, 2005

Dear Noreen Russo,    2004-CR-10069-RGS

    I wrote to you earlier requesting to be 'Habed' into the U.S. District Court and that I am in need of council. It has been almost two weeks and I have yet to hear from the court. On numerous occasions letters I have sent have not reached their destinations and I am not sure if this is the case with my last letter so I am sending a copy of my previous request. If you have recieved my previous request than I apologize for taking up more of your time. If this is the first letter you've recieved then could you please read the included Writ of Habeas Corpus and financial affidavit.

    Thank you for your time and patience.

Respectfully,

*Ricardo Servizio*
Ricardo Servizio

Docket #: 04-CR-10069-RG

Dear Noreen Russo

I am writing to you to request a WRIT of HABEAS CORPUS and respectfully show this court and allege that

1) I am Riccardo Servizio   D.O.B 05/06/1970   SS.# 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
2) I am currently serving a 1 year sentence at the Essex County house of correction
3) I am indigent and have included an affidavit of indigency
4) The U.S. Probation has lodged a detainer against me for violation of supervised release
5) I wish to be brought into the District Court so that the Supervised Release matter can be resolved
6) I wish to have counsel appointed to represent me and cannot afford to hire counsel.
7) My Probation officer is Carmen Perez Wallace
8) The Docket # of the Federal case in Massachusetts is 04-CR-10069-RGS

Dated: 12/19/05

Respectfully submitted,

Riccardo Servizio

# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☑ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |
|---|---|---|---|---|---|

IN THE CASE OF

United States  v.s.  Riccardo Servizio

FOR: Massachusetts
AT: Boston

LOCATION NUMBER: MAX/BO

PERSON REPRESENTED (Show your full name)
Riccardo Servizio

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 04-10069-RGS
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony  ☐ Misdemeanor
21 USC 846, conspiracy to distribute controlled substance

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $225°
SOURCES: 3 months workers comp

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT

## DEPENDENTS

MARITAL STATUS: SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: Alesea Ingalls - Daughter

## OBLIGATIONS & DEBTS

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt |
|---|---|---|---|
| Rent | M.E. | $600 | $450 |
| [illegible] | Visa | $1100 | $150 |
| Utilities | | $200 | $200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12-15-05

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Riccardo Servizio*

(3)