AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

U.S.
v.
Riccardo Servizio

**APPEARANCE**

Case 2004-CR-10069-RGS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The United States

I certify that I am admitted to practice in this court.

JAN. 13, 2016
Date

Signature: [David G. Tobin]

Print Name: David G. Tobin     Bar Number:

Address: Office of The U.S. Attorney's Office

City: Boston    State: MA    Zip Code: 02110

Phone Number: 617 748-3392     Fax Number:

E-mail: David.Tobin@usdoj.gov

1/13/06
N. Russo