# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: THE SUPERINTENDENT OF ESSEX COUNTY CORRECTIONAL FACILITY
20 MANNING AVENUE
P.O. BOX 807 MIDDLETON, MA 01949-2807

YOU ARE COMMANDED to have the body of   RICCARDO   SERVIZIO   (DOB 5/6/1970)   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No.   23  , on the   7th   floor, Boston, Massachusetts on 1/24/2006  , at  4:00 P.M.   for the purpose of  PRELIMINARY EXAM / DET HRG.  in the case of UNITED STATES OF AMERICA V.   RICCARDO  SERVIZO   Docket Number   04-CR-10069-RGS.

And you are to retain the body of said  RICCARDO SERVIZO   while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said  RICCARDO SERVIZO   to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this   19th   day of  January, 2006  .

SEAL

SARAH A. THORNTON
CLERK OF COURT

By: /s/ Noreen A. Russo
Noreen A. Russo, Deputy Clerk
to the Honorable Robert B. Collings