UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 04-10069-RGS

RICCARDO SERVIZIO

# JUDGMENT AND COMMITMENT ORDER ON VIOLATION OF SUPERVISED RELEASE

STEARNS, DJ.                                              FEBRUARY 1, 2006

THE ABOVE-NAMED DEFENDANT APPEARED BEFORE THIS COURT ON JANUARY 23, 2006 FOR A HEARING ON A VIOLATION OF SUPERVISED RELEASE. THE GOVERNMENT WAS REPRESENTED BY ASSISTANT U. S. ATTORNEY DAVID TOBIN. THE DEFENDANT WAS REPRESENTED BY SYRIE FRIED, ESQ., AND THE PROBATION DEPARTMENT WAS REPRESENTED BY U. S. PROBATION OFFICER CARMEN PENA WALLACE. THE DEFENDANT WAS ADVISED BY THE COURT OF HIS RIGHT TO AN EVIDENTIARY HEARING, AND SUBSEQUENTLY STIPULATED TO THE ONE VIOLATION CONTAINED IN THE PETITION. THE COURT SO FOUND THAT THE DEFENDANT DID COMMIT THE VIOLATION OF SUPERVISED RELEASE AND SENTENCED THE DEFENDANT AS FOLLOWS:

## O R D E R

THE DEFENDANT'S PRESENT TERM OF SUPERVISED RELEASE IS HEREBY **REVOKED.** THE DEFENDANT, RICCARDO SERVIZIO, IS

HEREBY COMMITTED TO THE CUSTODY OF THE U. S. BUREAU OF PRISONS FOR A PERIOD OF ONE (1) YEAR AND ONE (1) DAY TO BE SERVED, <u>ON AND AFTER THE STATE SENTENCE THE DEFENDANT IS PRESENTLY SERVING.</u> * UPON RELEASE FROM IMPRISONMENT, THE DEFENDANT WILL BE PLACED ON SUPERVISED RELEASE FOR A PERIOD OF 15 MONTHS, WITH THE FOLLOWING "SPECIAL CONDITIONS":

1. Within 72 hours of release from custody, the defendant shall report in person to the district to which he will be released;
2. The defendant shall not commit another Federal, State or local crime;
3. The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment, and at least two periodic drug tests thereafter as directed by the U. S. Probation Officer;
4. The defendant shall not purchase or possess a firearm or any other dangerous weapon;
5. The defendant shall participate in a substance abuse program at the direction of the U. S. Probation Officer, which program may include random drug testing, not to exceed 104 drug tests per year, to determine if the defendant has reverted to the use of drugs or alcohol. The defendant shall be required to contribute to the costs of such services based on the ability to pay or availability of third party payment;
6. The defendant shall comply with all other special conditions of supervised release previously imposed by the Hon. James C. Turk, U. S. District Judge for the Western District of Virginia.

SO ORDERED.

                                            RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

*THE COURT RECOMMENDS COMMITMENT TO THE FEDERAL MEDICAL CENTER AT DEVENS, AYER, MASSACHUSETTS.